UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DJUNA EITNER, on behalf of BRITTANY D. EITNER, | ) ) ) | Case No.: 5:07 CV 2069 |
| Plaintiff | ) ) | |
| v. | ) ) | JUDGE SOLOMON OLIVER, JR. |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant | ) | <u>JUDGMENT ENTRY</u> |

The court, having affirmed the Administrative Law Judge's decision denying Plaintiff's claim, on behalf of her stepdaughter, for child's insurance benefits under 42 U.S.C. § 402(d), enters judgment for Defendant and against Plaintiff.

IT IS SO ORDERED.

<u>/s/ SOLOMON OLIVER, JR.</u>
UNITED STATES DISTRICT JUDGE

March 13, 2008